UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER BILODEAU, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CAPITAL INTELLECT, INC., d/b/a WINFERNO SOFTWARE, a Delaware corporation,<br><br>        Defendant. | Civil Action No. 1:14-cv-10129-MLW |

**JOINT MOTION TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), the above-captioned parties respectfully request an extension of time for Capital Intellect, Inc., d/b/a Winferno Software ("Winferno") to move, answer, or otherwise respond to Plaintiff's putative Class Action Complaint (the "Complaint"). In support of this request, the parties hereby stipulate as follows:

    1.    Plaintiff Jennifer Bilodeau filed the Complaint on January 17, 2014, alleging various claims arising under Massachusetts state law against Winferno in connection with Winferno's marketing and sale of its "Registry Power Cleaner" software.

    2.    Winferno's California-based counsel requested a brief, informal extension from Plaintiff to allow Winferno the opportunity to secure counsel in Massachusetts for its representation in these proceedings.  Plaintiff agreed to that request.

    3.    Now that Winferno has secured Massachusetts counsel, the parties request a formal extension of the deadline to file responsive pleadings up to and including **March 17, 2014**, to facilitate Winferno's counsel assessment of the strength of Plaintiff's case.

4. The parties further agree that an extension would also allow the parties the opportunity to discuss the dispute in advance of Winferno filing any responsive pleadings, including any discussions on resolving the dispute or narrowing its scope.

5. Plaintiff will not be prejudiced by the proposed extension.

6. The parties agree that by moving for an extension of the deadline, Winferno has not waived any defenses that may be presented pursuant to Federal Rule of Civil Procedure 12(b) or otherwise.

WHEREFORE, the parties respectfully request that the Court extend the deadline to move, answer, or otherwise respond to the Complaint until **March 17, 2014**.

*Signature page follows.*

Respectfully submitted,

| | |
|---|---|
| JENNIFER BILODEAU, individually and on behalf of all others similarly situated, | CAPITAL INTELLECT, INC., d/b/a WINFERNO SOFTWARE |
| By her counsel, | By its counsel, |
| /s/ Erica C. Mirabella<br>One of Plaintiff's Attorneys | /s/ Christopher M. Morrison<br>Christopher M. Morrison (BBO #651335)<br>JONES DAY<br>100 High Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 960-3939<br>Facsimile: (617) 449-6999<br>cmorrison@jonesday.com |
| Erica C. Mirabella (#676750)<br>emirabella@gnemlaw.com<br>132 Boylston Street, 5th Floor<br>Boston, Massachusetts 02116<br>Telephone: (617) 580-8270<br>Facsimile: (617) 683-1905 | |
| Rafey S. Balabanian*<br>rbalabanian@edelson.com<br>Benjamin H. Richman*<br>brichman@edelson.com<br>Courtney Booth*<br>cbooth@edelson.com<br>EDELSON PC<br>350 North LaSalle, Suite 1300<br>Chicago, Illinois 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378 | |

*Motion for admission *pro hac vice* currently pending.

Dated: February 19, 2014

## CERTIFICATE OF SERVICE

I, Christopher M. Morrison, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 19, 2014.

/s/ Christopher M. Morrison
Christopher M. Morrison