UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER BILODEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL INTELLECT, INC., d/b/a WINFERNO SOFTWARE, a Delaware corporation,<br><br>Defendant. | Civil Action No. 1:14-cv-10129-MLW |

**THIRD JOINT MOTION TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), the above-captioned parties respectfully request a third extension of time for Capital Intellect, Inc., d/b/a Winferno Software ("Winferno") to move, answer, or otherwise respond to Plaintiff's putative Class Action Complaint (the "Complaint"). In support of this request, the parties state as follows:

1.      Plaintiff Jennifer Bilodeau filed the Complaint on January 17, 2014, alleging various putative class claims arising under Massachusetts state law against Winferno in connection with Winferno's marketing and sale of its "Registry Power Cleaner" software.

2.      On February 19, 2014, the parties filed a joint motion for an extension of time for Winferno to respond to the Plaintiff's Complaint, up to and including March 17, 2014. The parties agreed for purposes of that motion that an extension would allow them to discuss, among other things, resolving the dispute or narrowing its scope. On February 20, 2014, this Court granted that motion.

3.On March 13, 2014, the parties filed a second joint motion for an extension of time for Winferno to respond to the Plaintiff's Complaint, up to and including April 17, 2014. The parties again agreed that an extension would allow them to continue to discuss, among other things, resolving the dispute.  On March 28, 2014, this Court granted that motion.

4.The parties still remain engaged in discussions.  Accordingly, the parties request a third extension of the deadline to file responsive pleadings up to and including **May 1, 2014**.

5.Plaintiff stipulates that she will not be prejudiced by the proposed extension.

6.The parties agree that by moving for a further extension of the deadline, Winferno has not waived any defenses that may be presented pursuant to Federal Rule of Civil Procedure 12(b) or otherwise.

WHEREFORE, the parties respectfully request that the Court extend the deadline to move, answer, or otherwise respond to the Complaint until **May 1, 2014**.

*Signature page follows.*

Respectfully submitted,

| | |
|---|---|
| JENNIFER BILODEAU, individually and on behalf of all others similarly situated, | CAPITAL INTELLECT, INC., d/b/a WINFERNO SOFTWARE |
| By her counsel, | By its counsel, |
| /s/ Courtney Booth<br>One of Plaintiff's Attorneys | /s/ Christopher M. Morrison<br>Christopher M. Morrison (BBO #651335)<br>JONES DAY<br>100 High Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 960-3939<br>Facsimile: (617) 449-6999<br>cmorrison@jonesday.com |
| Erica C. Mirabella (#676750)<br>emirabella@gnemlaw.com<br>132 Boylston Street, 5th Floor<br>Boston, Massachusetts 02116<br>Telephone: (617) 580-8270<br>Facsimile: (617) 683-1905 | |
| Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Benjamin H. Richman<br>brichman@edelson.com<br>Courtney Booth<br>cbooth@edelson.com<br>EDELSON PC<br>350 North LaSalle, Suite 1300<br>Chicago, Illinois 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378 | |

Dated: April 15, 2014

## CERTIFICATE OF SERVICE

I, Christopher M. Morrison, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 15, 2014.

/s/ Christopher M. Morrison
Christopher M. Morrison