UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER BILODEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL INTELLECT, INC., d/b/a WINFERNO SOFTWARE, a Delaware corporation,<br><br>Defendant. | Civil Action No. 1:14-cv-10129-MLW |

**THIRD JOINT MOTION TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), the above-captioned parties respectfully request a third extension of time for Capital Intellect, Inc., d/b/a Winferno Software ("Winferno") to move, answer, or otherwise respond to Plaintiff's putative Class Action Complaint (the "Complaint"). In support of this request, the parties state as follows:

1. Plaintiff Jennifer Bilodeau filed the Complaint on January 17, 2014, alleging various putative class claims arising under Massachusetts state law against Winferno in connection with Winferno's marketing and sale of its "Registry Power Cleaner" software.

2. On February 19, 2014, the parties filed a joint motion for an extension of time for Winferno to respond to the Plaintiff's Complaint, up to and including March 17, 2014. The parties agreed for purposes of that motion that an extension would allow them to discuss, among other things, resolving the dispute or narrowing its scope. On February 20, 2014, this Court granted that motion.

*Allowed*
*Wolf, DJ*
*April 16, 2014*