IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER BILODEAU, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>    v.<br><br>CAPITAL INTELLECT, INC., d/b/a WINFERNO SOFTWARE, a Delaware corporation.<br><br>        *Defendants*. | Civil Action No. 1:14-cv-10129-MLW<br><br>Judge: Honorable Mark L. Wolf |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41

**PLEASE TAKE NOTICE** that Plaintiff Jennifer Bilodeau ("Plaintiff"), by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant Capital Intellect, Inc. ("Defendant"). In support of the instant notice, Plaintiff states as follows:

1.   Plaintiff filed the instant action on January 17, 2014. (Dkt. 1.)

2.   Fed. R. Civ. P. 41(a)(1) provides, in relevant part, that a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

3.   Defendant has neither served an answer nor a motion for summary judgment in this action.

4.   Accordingly, this action may be dismissed *without prejudice* and without an Order of the Court.

//

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **JENNIFER BILODEAU**, individually and on behalf of all others similarly situated, |
| Dated: May 22, 2014 | By: /s/ Courtney C. Booth<br>One of Plaintiff's Attorneys |

Erica C. Mirabella (#676750)
emirabella@gnemlaw.com
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Tel: 617.580.8270
Fax: 617.583.1905

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

      I, Courtney C. Booth, an attorney, hereby certify that on May 22, 2014, I served the above and foregoing ***Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41***, by causing true and accurate copies of such paper to filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 22nd day of May, 2014.

                                             /s/ Courtney C. Booth